**Appeal Dismissed and Memorandum Opinion filed September 28, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-21-00358-CV

_____

**SHARON CRAWFORD, Appellant**

**V.**

**TEI HOLDINGS, LLC, Appellee**

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1166680**

## MEMORANDUM OPINION

This appeal is from a judgment signed May 20, 2021. The clerk's record was filed July 20, 2021. No reporter's record was filed. No brief was filed.

On August 10, 2021, this court issued an order stating that unless appellant filed a brief on or before September 9, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM


Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.